SEP 29 2021 PM3:03
FILED-USDC-CT-HARTFORD

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Jehovah Witness's<br>Richard T Parmlee, Sr. | Case No. 3:21-cv-01293(JBA)<br>*(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- |  |
| State of Connecticut<br>Department of Revenue Services et, al |  |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued.  If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* |  |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Richard T Parmlee, Sr. |
| Street Address | P.O. Box 261438 |
| City and County | Hartford, |
| State and Zip Code | Connecticut 06126-1438 |
| Telephone Number | (860) 913-9777 |
| E-mail Address | realprivate28@hotmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Department of Revenue Services |
| Job or Title *(if known)* | Tax Department |
| Street Address | 450 Columbus Blvd, Suite 1 |
| City and County | Hartford |
| State and Zip Code | Connecticut  06103 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | See List of Co-conspirators as players |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.     Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑     Other federal law *(specify the federal law)*:
Uncertain as to the law

☐     Relevant state law *(specify, if known)*:
Discrimination under state law

☐     Relevant city or county law *(specify, if known)*:

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:    See "D cause of Action" attached regarding prior Complaint

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

1988, 1990, 1994, 1995, 1996 September 1997, and May 4, 1999. (see complaint named above).

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race  _____
- ☑ color  _____
- ☑ gender/sex  _____
- ☑ religion  _____
- ☑ national origin  _____
- ☑ age *(year of birth)*     1952     *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

See supporting document are provided to show how other areas of my life and the inability for me to get or found gainful employment once a background check is done, it appears that no person and some services have been denied me due to the corruptive influence from the Attorney Generals office has seen to it that even car rental services are not made available. Plaintiff have not been able to receive assistance services, Housing, and I have been harassed by state court for back child support. No state agency will assist with correcting the attorney generals, not even the commission on Human Rights would do their job correctly against the Attorney General's Office. or EEOC due to the corruptive influence and closely ties the two agencies have on one another.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

it is every time that a complaint is filed with CHRO or EEOC against any state agency in Connecticut it become very difficult for a person of color to get a fair or favorable outcome. The racism is quiet but plain. I mentioned in my complaint the crime of forgery and conspiracy and it was over looked as though ✚

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)*   10/14/2020          .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Request to reopen original case entitled Final Draft Settlement Agreement in which Judge Covello ordered Department Revenue Services to resolved, also investigate the Forgery, committed by the members of the Attorney General's office and the conspiracy and retaliation plaintiff to bring to justice all those who are continuing to hinder prosecution of the felony charge that are concealed by all those co-conspirators including the state and federal judges who joined these overacts. these acts are ongoing to this day as members from the attorney general's office engage in denying my wife her citizenship through immigration, denying plaintiff's federal stimulus check, state magistrate judges are created new back child payments to deny plaintiff from obtaining his own apartment, which plaintiff can prove. Member from the attorney generals office used Holly B Fitzsimmons a USDC

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *Sept 29, 2021*

Signature of Plaintiff  *Richard Parmlee, Sr.*

Printed Name of Plaintiff  Richard T Parmlee, Sr.

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

# IN THE
## UNITED STATES DISTRICT COURT
### FOR THE
### STATE OF CONNECTICUT

JEHOVAH'S WITNESS                    :

RICHARD T. PARMLEE, SR.              :

            PLAINTIFF   :    :    **CIVIL ACTION NO.**

      V.                           2:90CV00125(AHN)

                   :    2:90CV00905(AHN)

STATE OF CONNECTICUT                 :

DEPARTMENT OF REVENUE

SERVICES,                       :

         DEFENDANT.           June 4, 1999

## "D Cause of Action"

### EMPLOYMENT DISCRIMINATION BASED UPON SECTION 1983 PROTECTION FROM DEPRIVATION UNDER COLOR OF STATE LAW

This request for review of Federal statutory rights in section 1983 protection from deprivation under color of state law as a form of corruption by the members from the Attorney General's Office and the Honorable Holly B. Fitzsimmons a United States Magistrate Judge. Those in attendance at a conference were, Attorney for the State of Connecticut; Joan C. G. Gear, Assistant Attorney

General, F. Hoeniger, (Attorney /employee for DRS) and AFSCME Clerical Union; Attorney Jason Cohen, from J. William Gagne & Associates, P. C. I learned that this recommendation made on May 5, 1999, was also a plan for my legal representative, a civil Attorney Jon L Schoenhorn, to ask to be excused from service, because he didn't want to go up against his wife, who was supposed to be an attorney for the Union. Which left me without counsel for the plaintiff going up against all the seasoned professionals in this legal arena that created an unleveled playing field. This conspiracy was something that the United States District Court Magistrate Judge knew or should have known this would put plaintiff at a disadvantage. Knowing that plaintiff asked for legal assistance made sure that no lawyer should represent plaintiff as to the contents in this document regarding plaintiff's Religious position.

The purpose for the motion to reopen this case was for the **"Breach of contract"** with **"intent to defraud"**, **"Forgery"**, **"Conspiracy** to commit thereto. This discussion with Magistrate Fiztsimmons who was selected by the attorney generals to choose a judge who would agree to continue their plan to blacklist plaintiff along with all the attorneys in that conference. These **"Material facts"** would be disclose with a further examination regarding these allegations which show that after Magistrate Fitzsimmons was the choice of the attorney generals, (all of

them are white lawyers) who began working their plan to make sure plaintiff did not receive any legal assistance, when they made sure that plaintiff's cases did not receive consideration for resolution, when they made sure that plaintiff did not receive any justice or due process nor for his Constitutionally protected Rights upheld. Which is covered under "Section 1983's provision for a civil action for deprivation of persons' rights, privileges, or immunities secured by the United States Constitution and laws requires that the deprivation is under color of state law." See §22 Discrimination depriving rights under color of state law prohibited by section 1983.

This suit brought and jurisdiction lies pursuant to 701(j) of Title VII of Civil Rights Act of 1964, as amended, 42 U. S. C. 2000e-5. Plaintiff's reasons for making this request to reopen this case was due to the "intentional", and **"willful disregard"** refusing to show "good faith" in keeping with the terms and conditions of the settlement by the defendant (DRS). So, by refusing to acknowledge that an agreement was entered into and contracted on or about August 29, 1994. Therefore, this case should be reinvestigated to reveal why the "Breach of contract" occurred and the additional acts that resulted thereto. The reinvestigation of this case is as follows:

44

Private entities and individuals may be subject to liability under section 1983 only if plaintiffs can show that they **(1)** acted pursuant to the coercive power of the State or are controlled by the State, the Attorney General's Office and DRS are acting in the controlled powers governed by the State of CT. this satisfies the first item: **(2)** willfully participated in joint activity with the State or their functions are entwined with state policies, for example, the use of the court system by the Attorney General's Office, as their functions do entwine with the State policies whether for good or as they see fit to ensure the resulting outcome goes toward their favor or benefit: another example, the attorney Generals can use other state agencies, from state service under the powers of the state, and the Private sector to conform to the interest of state government, such as Dept. of Public Safety for drivers to follow the speed limit or report certain information to certain state authorities or programs services. Thus, if a person is being secretly prevented from getting services (i.e., blacklisted) through a background check they would be acting under state policies and authority: and/or **(3)** have been delegated a public function by the State. Private parties who act in concert with the state to deprive a person of constitutional rights are acting under color of state law. Some government services may be considered public yet, have the function delegated to them by the state, such as Department of Housing, Welfare, State Hospitals, Dept. of Educational, Worker's, and Unemployment Compensation services etc., all can be called upon to adhere to the request or demands of state government to find ways to withhold or deny some part or all services secretly using some form of excuse to deny any individual the state feels a need to prevent them from obtaining those services needing to be withheld (i.e. Blacklisting). When a government official acts as the moving force behind the deprivation of the plaintiff's

constitutional rights, this is sufficient for liability under section 1983. In comparing '*State action.*'

The statutes under section 1983 "color of law" requirement is equated with the "state action" requirement of the Fourteenth Amendment of the Federal Constitution so that proof of conduct constituting state action is proof of conduct constituting action under color of state law.

On the morning of my trial, August 23, 1994, I met my Attorney Anthony Ball outside in front of the U.S. District Court located at 450 Main Street, Hartford, CT. He told me that the Defendants (DRS) did not want to consider my terms and conditions of agreement. I told Attorney Ball that it was my interest and not the defendants he had to consider. His duty was to meet my demands and not that of the defense. Attorney Ball was very displeasing as we argued in front of the building. The discussion grew as three witnesses (Earnest Baldwin, Earline Lorick, and Laurence Maybin) overheard and notice that we were in a heated debate. We entered the court building thereafter.

On August 26, 1994, three days into the trial following the testimony of the third witness interrogated by Attorney Ball, the Court went into recess. Judge Covello spoke with Attorneys Ball, and Defense Attorneys ordering all parties not to return until a settlement was reached. This indicated to me that the evidence presented was so overwhelming that the Judge ordered both sides to come to an agreement. Accordingly, when we returned from recess that afternoon about 2:00p.m., I expected to enter into a conference with the defendant to discuss terms and conditions.

Attorney Ball refused to arrange to meet with his client and the defense Attorneys in the same room to discuss the conditions. He stated that the defense did not want to discuss anything with me. I told

him it was not an option they had. It was an order from the judge, and they had to comply with that court order.

Attorney Ball began compelling me to accept the defendant's offer without discussing the terms and conditions face to face with the defense, or having the terms put in writing. Attorney Ball then tried to coerce the three witnesses to get me to accept the State's terms. My legal counsel continued to pressure me to accept the Defense's offer, giving me the impression that he was yielding to the interested of the defense and not his client's. It appeared as though he was arguing in favor of the defense rather than his client. Attorney Ball made me feel restrained at that point, he coerced me into settling for less then I intended, because Attorney Ball refuse to establish my demands to the defense. Soon After, I felt that this was part of a conspiracy to secretly make believe that DRS would agree to a contract just to get my signature.

Nevertheless, under duress I agreed to comply with the order from the judge. Then, both parties entered Judge Covello's Chambers, after Attorney Ball informed the defense that <u>he had talked me into settling</u>. This was to inform the judge that a presumed offer was agreed upon, while in Chambers, the defense, presented a document already drafted with scratched changes. The instrument would be used specifically as a guide in creating the final draft.

This same document was rejected by plaintiff in a prior settlement offer attempted by the defendant, which plaintiff personally refused, because it did not contain the terms and conditions plaintiff was satisfied with. This document only **"benefited"** the department and not the interest of the plaintiff. Legal counsel at that time was Wesley Spears, Esquire as in (Plaintiff's exhibit C) that document confirming an attempted settlement offer was made. Besides, the document referred to was only used as basis for the final draft which was to be

47

constructed by Attorney Ball, and which all parties signed in Judge Covello's Chambers. Those

present for the department were, Bruce Chamberlain, Personal Director, Cheryl Niland,

Affirmative Action Administrator for DRS, Richard Nicholson attorney for DRS; Assistant

Attorney Generals; Jonathan Ensign, Paul Scrimonelli, and Attorney Ball, Attorney for plaintiff,

Judge Covello and stenographer.

Judge Covello asked if I was satisfied with the terms of the agreement. I simply told judge

Covello that I was not, and did not discussed the details of the terms and conditions in full with

the defense. I also told him that I did not see the completed document. At that point, I

expected **"my attorney"**, the **"judge"** or **"someone else"** to state for the record, how the

conditions would be met in the agreement along with noted clauses. Undeniably, it appeared as

though '**no one**' wanted the agreement to go on record, because no one asked about details or

the terms and conditions. Now, it is evident why no one mentioned it because the whole so-

called agreement and/or the preliminary instrument used for the **"final draft"** was bogus and

not fully agreed upon. All parties departed the judges' chambers after partially confirming

settlement and signing of an agreement that would be considered final.

The following day, on Friday August 26, 1994, I had my doubts
about signing the settlement because the final draft was not
completed with signatures. I pondered over what was said and had
occurred in the judge's chambers.

On Monday afternoon, August 29, 1994, I called Attorney Ball to reconsider signing the final

agreement. My main concern was making sure that my terms and conditions were incorporated in the

document before I would sign it. Attorney Ball's spouse/secretary was preparing the final draft in his

office, located at 26 North Main Street, West Hartford, CT. When she completed the document I both read and signed the document because I felt satisfied with its content. This document was seven pages long that identified the terms and conditions plaintiff asked for, which these terms are stated herein (see Plaintiff's Exhibit F). Here are the terms the Attorney Generals and DRS did not want to go on record admitting they accepted:

One Hundred Fifty Thousand (**$150, 000.00**). One Hundred Ten Thousand (**$110, 000.00**) for payment of "back child support", and Forty Thousand (**$40,000.00**) for me with one third (1/3) for Attorney's Fees, Upgrade position to Assistant Accountant during the first six months of training, with emphasis on becoming a Revenue Examiner series; and Promoted to Revenue Examiner I after one year and arrange completion of promotional career series, At completion of (training) process, "Plaintiff" would release the "Defendant" (DRS) from any pending charges and/or grievances. Defendant would also turn over to plaintiff the derogatory files as disciplinary records defendant used which caused plaintiff to suffer loss.

When I asked Attorney Ball for a copy of the signed document, he told me that, "'once the commissioner signs it, he would give me a copy.'" Furthermore, Attorney Ball presented only one copy of said document, with the signature page being the last page of the document. This blank page had two spaces for only two signatures: one for plaintiff, and the other for the commissioner. Why?

Attorney Ball refuses to give me a copy even after I signed the only final draft, until the Commissioner first signed it.   Now, I understand why he said that he does not believe in miracles! Also, I can see his real purpose even more clearly.

On Wednesday, August 31, 1994, the State Controller sent Attorney Ball a check for Forty Thousand ($40,000.00) dollars. Attorney Ball wrote a check for one third of the money to me: Thirteen Thousand

Three Hundred Thirty-three dollars and Thirty-three cents $13,333.33). He told me to wait one week to get the other third of the money. He would retain the last third for Attorney's Fees. I never expected to see the One Hundred Ten Thousand ($110,000.00) dollars for "Back Child Support", because, according to the settlement agreement plaintiff signed in Attorney Ball's office, the money was supposed to go for the purpose mentioned. (see exhibit F)

On September 7, 1994, Attorney Ball asked if I would get someone else other than myself, and have the check written to them. So, I asked Angela White, a co-worker to handle this for me. Attorney Ball stated that in order for the State not to claim the last part of this money was to put it in someone else's name. I asked him about the One Hundred Ten Thousand dollars ($110,000.00) that was supposed to be for the back Child Support. He gave no response. I do not know when this $110,000.00 was going to the Department of Income Maintenance, I only expected it to be applied to my back Child Support. The terms and conditions I agreed was the main reason and signed that document in his office and left without a copy.

In November 1994, a Statewide Promotional Exam was posted on DRS the Bulletin broad before the six-month training period was completed. I was told by Chief of Personnel (Bruce Chamberlain) that I had to take this Exam and pass before I get my promotion. I disagreed and did not take the exam, because it was not in the agreement I signed. Besides, how can one be ready and be prepared to take an exam for a position while one is still training for said position? However, to make their point, I was shown an agreement different from the Original Final Draft I signed. At that point, I learned that the document shown me had the same signature page attached, as though it was the document, I signed in Attorney Ball's Office. This act was the beginning of the first step in the conspiracy theory to breach the contractual agreement.

Immediately, I contacted Attorney Ball soon after I was shown part of a document viewed by the agency as the agreement. I questioned Attorney Ball further regarding this matter. He replied, 'you should not have signed the agreement if you did not want it.' I told him that this was not the same document I signed in his office. So, I found that it is necessary to correct this matter in the name of **"Jehovah"**, who performs miracles, and the **"GOD"** of truth. Moreover, to date I never received a copy of the "Original Final Agreement" from Attorney Ball or receive any help in correcting this problem of non-compliance by the defense. Nonetheless, it was apparent that the signature page was affixed to a totally different document which somehow got into the hands of the Defense through the Attorneys without me having a copy, and I would like to know, Why?

A document with my signature attached to it was submitted to Donald Miller Commissioner of Revenue Services for his signature. This 'document' was never reviewed or signed by myself and I strongly believe that it was replaced by a document I signed in Attorney Ball's Office. My knowledge of these events occurred five months from the date said agreement was signed in Attorney Ball's office. I was shown a different document claimed to be the original settlement agreement drafted. I learned that the Assistant Attorney General Jonathan Ensign had presented this document to the Commissioner Miller and filed it with the United States District Court for Judge Covello to be stamped and entered as the original agreement. Therefore, the only way the agency obtained its copy was from the Assistant Attorney Generals, through Attorney Ball who refused to provide his client with a signed copy with all who was supposed to sign the document. Therefore, only one copy was created by Attorney Ball, and why he wanted

me to wait until the commissioner signed it first. That was why Attorney Ball did not want to provide his client with a copy.

It appeared that the Department of Revenue Services (management) and the Assistant Attorney General's had a hidden agenda regarding the real document and who conspired together with Attorney Ball to get my signature. Now it is clear why the agency did not want to meet with me face-to-face in the same room! Not to mention, it was the Assistant Attorney Generals in behalf of the Department of Revenue Services who submitted the "false" instrument to the United States District Court to be entered as the original final agreement. Nevertheless, this false document was replaced with a document I never viewed, nor signed. Here are three questions for the Assistant Attorney General Jonathan Ensign that would help in resolving certain information:

A). Was there knowledge of Attorney Ball's violations at the time the false document was submitted?

B). If this contract was authentic, why, didn't all the parties submit the document before Judge Covello with the commissioner present, for their signatures?

C). Why was the Union left out of this settlement arrangement, since a Union contract was in place, and no other agreement would supersede it?

In March 1995, I learned that Attorney Ball was suspended for illegal handling of client funds which resulted in his "Temporary Suspension." This information was confirmed through the Statewide Grievance Committee concerning his suspension.   This suspension later followed a court order announcing the disciplinary action take for his misconduct resulting in his putting himself on an "inactive status."

This should confirm that Attorney Ball and the Assistant Attorney Generals had knowledge of Attorney Ball's situation prior to his participation in the "**Forgery**." Which also suggests that this was the "**collusion**" between the parties, to secure Attorney Ball's prosecution regarding this crime. Attorney Ball had to know that his illegal actions would follow him, as did other problems prior to his "intentionally" committing this act against another one of his clients. I begin to wonder, why "he put himself" on, or, was he "**coached**" "to put himself" on "**inactive status**" so that he "**might avoid representing me or feared prosecution?**"

I suspected that therefore my Back Child Support was not paid by the agency, because the agreement was altered. Even though the Department knew that my reasons for settlement was with the intention of having the back child support paid. Now, this makes perfect sense why the original final draft disappeared, and the signature page was "**intentionally**" affixed to another document. This was the conspiracy between the defense, (Department of Revenue Services [management] and the Assistant Attorney General's), including the secret agreement ("**Collusion**") with Attorney Ball. It became evident why the Department did not want to pay the $110,000.00 for my Back Child Support, to complete (**part I**) of their "**Conspiracy.**" Therefore, it makes perfect sense for the preliminary document to disappear from the files, and it becomes very suspicious when documents are not in the clerk files when they should be.

In May of 1995, I learned that the Affirmative Action Officer Cheryl Niland sent a letter dated September 1994, to the Commission on Human Rights and Opportunities concerning pending charges and reminding the Commission to have them dismissed by virtue of said (false) document. In addition, Michael Kersier wrote a letter to AFSCME Clerical Union representative, John Little to have the pending grievances dropped on behalf of the agency around the same time, also at the request of Bruce

Chamberlain. This was what Bruce Chamberlain needed, because by this the coast was clear for him to begin his intimidating tactics. This plan was put into effect when Bruce sent me a letter to come to his office for a meeting. Although, there was no indication for the meeting given, it was the perfect trap to get plaintiff to refuse to meet and thereby charging plaintiff with insubordination. Even though said charge was unlawfully and prematurely applied, and this was what the Personnel Chief hoped for, to **"coerce"** plaintiff into violating department policy and/or agency's rule. This was the first action taken by the agency against the plaintiff right after the pending charges and grievances were dropped by the Union and CHRO six months from the signing of the "agreement."

In addition, as proof, there are faxed copies of documents corroborating Paul M. Scrimonelli and Anthony A. Ball, Jonathon L. Ensign to Anthony Ball in their efforts to get my signature on a blank page and to make sure that I did not get a copy. (See Plaintiff's exhibit F) I believe that the purpose for altering the contents of the settlement agreement was to cause the document to read a particular way. By doing this, shows the length in which they would go to corruptively get a contempt order from one of the court judges to secure a wage garnishment. They found a racist judge and arranged the court date off calendar to handle this case and made sure plaintiff went before that Superior Court Magistrate, Ronald Sullivan in the City of Bridgeport to have a contempt charge applied. This would complete one part of the Department's Management [Bruce Chamberlain as the master mind of the agency's plan] to have wages garnished at the tone of a one hundred ($100.00) dollars a week.

After garnishment was in place plaintiff was forced to resolve the matter when informed by Mike Hayes, Subdivision chief of the Audit Division at the Department Revenue Services. Mike Hayes, contacted plaintiff at the records storage area located at 92 Farmington Avenue in Hartford, CT. He asked plaintiff to surrender himself to a employee of the Department of Social Services. Mr. Hayes stated that a employee working for the Department of Social Services

(name unknown) would contact me at 92 Farmington Avenue. The woman did contact me and asked me to come outside to turn myself over to her. I stated that if what she said is true, then, the only way I would surrender was if she gets someone from the Hartford Police Department.

In contrast, she stated, "if I did not come now, she would get an army and return to arrest me if she had to, I never heard anything else from her again. Nevertheless, I refused to participate with that arrangement because the plan was prepared and spearheaded by the agency's "hatchet man", Chief of Personnel. Bruce Chamberlain is the most "wicked of all" than those Management employees in the Department of Revenue Services used by this agency. There is documentation showing communication between Chief of Personnel Bruce Chamberlain, and Jonathan Ensign, regarding the agency's document settlement agreement.

There are others petitions whose case are being disputed in Federal Court against this agency for similar acts complained of. They (DRS) also try to intimidate those individuals into giving up their cases, and the department fails to promote those for not complying. We as "Native Americans" and people of color (all) share the same prosecution for standing up for our rights and speaking out against the Department's discriminatory practices. Especially, when other agencies join in as "back up support" on behalf of another agency complained about denying people of color their moral and statutory procedural and substantive rights.

The "**second**" part of this conspiracy was completed when plaintiff went to have wage garnishment reduced. The Department of Social Services showed their cooperation at the demand of the attorney generals regarding child support. Plaintiff was directed to Bridgeport Superior Court, support enforcement unit to correct the matter with the wage garnishment. The same wrongful wage garnishment execution was applied a second time when trying to get

55

the amount lowered. The Superior Court Magistrate (Ronald Sullivan) had plaintiff incarcerated for unpaid back child support until plaintiff could come up with a cash bond of Seven Thousand ($7,000.00) dollars.

However, the defense and co-conspirators feared that I would be release from jail sooner than they wanted. So, they sent Paul Scrimonelli one of the Assistant Attorney Generals to prevent the bond from being lowered which would decrease my chances of being released. This was amazingly effective because it caused me to remain incarcerated for two and a half weeks, instead of one week. By my incarceration this would keep me silent (gagged) and put me (completely) "out of the way."

Now, I believe this was intentionally designed to secure my captivity for a very long time. Even though I tried to explain to Magistrate Sullivan how this problem cropped up, the Magistrate refused to listen and threw me in jail. applying the false charge of contempt. This act constituted "**double jeopardy**", because plaintiff was thrown into jail for non-payment of back child support, when payments were being made (via wage garnishment) out of plaintiff's biweekly income from employment with the Department. Keep In Mind, "this violated plaintiff's First Amendment Rights and Four Amendment Rights of due process, under color of law. It also shows how these racist white people use the legal system for their corruptive influence and their lack of interest with justice against people of color. Plaintiff was only going to Court for the reduction of payments, and to explain why this situation cropped up, but was met with disrespectful prejudice owed." This conspiracy on the part of State of Connecticut DRS and members from the Attorney General's Office another overt act to involve a Superior Court Magistrate "who is also a racist," and at least nine other State Agencies in which all individuals who participated

did so "**knowingly**", "**willfully**", and "**intentionally**" with mens ace at the beck and call of the Attorney Generals. The purpose of joining in with the Department of Revenue Services was in the effort to conceal these '**material facts**.' The "**false instrument**" was the plan between AG's office and DRS, which formed the conspiracy in support of Department of Revenue Services even though "knowing" that the agency's actions were wrong, an act of "means rea."

In October 1995, plaintiff attempted to reopen his case to introduce the false document during the time he was wrongfully incarcerated from (Nov 17th through Dec 6th, 1995). Plaintiff thought the Assistant Attorney Generals (Ensign, and Scrimonelli) went to **Judge Alfred J. Covello** and by deception convinced the judge to deny my request to reopen my case.

However, with **fervent prayer** to **"Jehovah my God," "BLESS MY GOD, JEHOVAH, FROM TIMES INDEFINITE EVEN TO TIMES INDEFINITE." THE TRUE GOD.** He heard my prayers and allowed me to get an Attorney, make bail, and be released from jail.

Upon returning to work I was punished against as a form of retaliation and was given **"Leave Unauthorized"** without pay for being incarcerated. This too, was another overt act of retaliation by the department (desperate treatment as part of employment discrimination) for getting out of jail to soon.  The agency refused to give me credit for the days I spent incarcerated, and this was arranged with the intelligence of the Agency's chief of Personnel, **Bruce Chamberlain, and members from the Assistant Attorney General's office who used my personal file and had knowledge of the terms and conditions of my settlement agreement that was breached. Including knowledge of plaintiff's the back child support.**

The Department of Revenue Service's (management) utilized the personnel chief to plan this conspiracy by using his racist influence on other State Agencies and Federal Government Employees, (IRS) in violating plaintiff rights. Those efforts are the direct and approximate cause for plaintiff's suffering damages and much loss, from the filing of complaints in 1988, 1990, 1994, 1996 to plaintiff's wrongful termination on September 16, 1997 and filed complaints thereafter. There were no complaints regarding plaintiff's work, services ratings or any other allegations against plaintiff, except when the department found it fit to harass plaintiff because he brought these charges to light.

On four other occasions plaintiff attempted to settle this situation with the intent on putting the problems behind him, but they keeps **"snowballing"** plaintiff by ignoring plaintiff's concerns. However, evidence will show that the actions the department has taken, along are consistent with acts of **"bigotry"** and hatred. This agency continues to discriminate against their employees that are (**people of color**) and **"Clerks"** when they exercise their right to **"Free Speech,"** especially when the department is being complained against for their discriminatory practices and nothing is being done.

Prayerfully, the conspiracy became clear as the plan by the agency and the co-conspirators began to unveil itself. It was Jehovah God who allowed me to become aware of their racist plans through Jehovah's Holy Spirit. It was the proof that Jehovah is still with me to ensure his protection and the things I had to suffer. It was **"Jehovah"** who revealed to me the information about the **"fraudulent"** agreement and how it was breached. This made me decide not to cooperate until these matters were cleared thoroughly, especially because the department was not in compliance with the stipulated agreement. I am not obligated to cooperate with an

unlawful act constituting a felony. Yet, I was terminated for insubordination "for refusing to do just that", according to the agency. I believe that the agency was not following the stipulated court order mandated by the United States District Court because of the conspiracy, therefore they themselves are in contempt.

This is a clear act of "Religious" discrimination on the part of the agency against plaintiff for standing up for his federally protected rights. See **CGS sec. (31-51(q))**. As a devout servant to Jehovah as **"Jehovah Witness,"** it is only **Jehovah God** who has the right to tell "his servants" that they should obey only his orders without question. Therefore, **"No man"** will force Jehovah's people to obey other men. It is Jehovah and Jesus who only governs over his people. **I bow to "NO MAN"** or **"GOVERNMENT"** other than **"JEHOVAH GOD'S"** with **"JESUS"** as **MY KING. Acts 5:29-32.** As for Jehovah's People taken from our daily text dated May 21, 1999 reads: "**We must obey God as ruler rather than man**." Acts 5:29.

When national governments serve God's purpose in maintaining law and order in justice, he (Jehovah) considers them to be his **"public servants."** (Rom. 13:6). Jehovah expects his people to respect human governments and be subject to them, but their subjection is not without limits. When men require of God's servants' things that are forbidden by God's law or when they forbid things that God requires his servants to do, the latter follow the position adopted by the apostles, as stated in today's text. Jesus said that his followers would have obligations both toward governments and toward God when he declared: **"Pay back, therefore, Caesar's things to Caesar, but God's things to God."** (Matt. 22:21). From the first century C. E. until today, Christians have had to consider demands made by the State. They have needed to discern whether conformity to those demands would lead to compromise of their worship or whether

such demands were legitimate and should be met conscientiously. (Watchtower 11/1/97, paragraphs 13, 14a) Published by *The Watchtower Bible & Tract Society of Pennsylvania.*

**S**laves obey their masters, **Prisoners**, their jailers, **Police Officers**, their superiors and **Military Personnel**, their Officers. Nevertheless, these people have a choice to obey the unlawful acts of others. **I was in** the Military, and a <u>prisoner</u> and no-one has ever tried to force me to do something wrong. No-one has ever said not to speak in my defense even if it was wrong. To the contrary, I was always told to stand-up for my rights. The government has made laws which prohibit people from violating those rights.

The people from the *State of Connecticut Department of Revenue Services* were the only racist white people that has ever told me **not** to stand-up for my rights. **Mike Hayes** (Bruce Chamberlain's close friend) has even gone as far as to say that, **"he will tell me"** when I can use my rights and when I cannot. The truth of the matter is, I know how to take an order and follow orders, and when and how to refuse to obey orders for the right reasons! Which no-one has the right to object too.

Nonetheless, all the white people who acted in concert to further the conspiracy, or went along with the request of the Department, all those who participated did so *"knowingly* and *willfully,"* either on State level or the Federal level committed an overt act as a favor in furtherance of the conspiracy, to deny plaintiff future resources available to plaintiff. Therefore, there was a secret process between agencies (one white person to another) which Managers and supervisors for DRS used to deny promotions to "people of color" in employment for the

same reasons as plaintiff shows how others were terminated for standing up for their rights where agencies on state levels of government. They are also in violation of the laws identifying with *"Discriminatory practices,"* and acts of *Bigotry"* as cited in the **C.G.S. Sec.53a-181b,** which are **Felonies. See Sec. 53a-183.**

These acts are very subtle, planned by people in (DRS) and other agencies including the courts having the same racist character. It becomes evident when an individual stands-up for the injustice acts against the civil rights to African American employees in this agency, it becomes known to other African Americans in other agencies who share similar mistreatment. Plaintiff admits though, that DRS, members from the Attorney General's Office did a good job violating his rights. However, they did an extremely poor job covering it up. They're efforts showed they lack interest in the protected rights by changing anyone's situation by illegal means. As Bruce stated, "we are personnel, we can do anything we want to!" Which I took to mean, that "whites" or "racist white people in power" can do anything to "Native Americans/Blacks" (**"people of color"**) and Jehovah's Witness and get away with it, and I replied, "That will change!"

The acts have caused serious damage to the reputation of the United States District Court Judge Alfred J. Covello. It is with the recommendation by the United District Magistrate Holly B. Fitzsimmons that this case be reopen which saved Judge Covello's reputation. In addition, Magistrate Fitzsimmons became a part of the conspiracy to interfere with plaintiff's constitutional rights by denying his cases and sixth Amendment right to counsel. **§40** Failure to protect or intervene as actionable conduct depriving civil rights West's Key Number Digest, Civil Rights key 1039.

Here are some other areas that need to be investigated in which the department was involved:

➢ The Agency convinced an Attorney (Brain Staines) to loss my auto accident car case in 1988 to make sure that I had no money to obtain a competent attorney.

➢ Between, February and March of 1991, when Mark Thibedeau, Business Office Manager went to the (IRS) on High Street, in Hartford, CT. That in the following year the IRS sent plaintiff a letter stating that the refunds will be kept for "Back Child Support."

1) In conclusion, this agreement entered was Breached by the defense using the Assistant Attorney Generals who colluded with Attorney Ball to forge said document in efforts to breach said agreement. Despite the act, Attorney Ball did not care to correct or show any interest in correcting this matter. By his participation he demonstrated that he **"knowingly"**, **"willfully"**, and **"intentionally"** joined the conspiracy, with intent to defraud his client, along with the defendant.

2) Moreover, many other violations using my personal file were in their efforts to conspire to terminate plaintiff's employment completely. The defendant wanted to make sure that plaintiff was incarcerated for non-payment of back child support. This attempt was to incarcerate plaintiff for good again in September 1998. The defendant colluded with the ASFCME Union

Representative (John Little) who also conspired with plaintiff's ex-wife (Elnora Witcher-Parmlee) to file a false complaint coercing the court to wrongfully incarcerate for non-payment of back child support (with success) in a last attempt to further conceal information plaintiff is now exposing. Which plaintiff's ex-wife knew plaintiff did not cause payments to cease, nor plaintiff intentionally prevent payments from continuing as she claimed. This effort was an overt act on her part to have falsely accuse plaintiff of an act which he explained was not his fault and caused plaintiff's wrongful incarceration. **§22** Discrimination depriving rights under color of state law prohibited by section 1983—Color of state law requirement.

3) Here are some other State agencies used and who are supposed to report misconduct to the proper authorities and failed:

4) Department of Income Maintenance/Social Services, Bridgeport and Hartford Superior Court magistrates, Support enforcement, used to incarcerate.

To establish a retaliation, claim under section 1983, a plaintiff must plead factual allegations sufficient to establish that (1) the plaintiff engaged in constitutionally protected conduct; (2) and adverse action was taken against the plaintiff that would deter a person of ordinary

firmness from continuing to engage in that conduct; and (3) the adverse action was motivated at least in part by plaintiff's protected conduct. **§42** Retaliation, coercion, or intimidation against exercise of rights as actionable conduct depriving civil rights (Research References) West's Key Number Digest, Civil Rights key 1031 to 1036. **§52** First Amendment rights exercise as area of conduct depriving civil rights; retaliation (Research References) West's Key Number Digest, Civil Rights key 1033 (1), 1033 (2).

5) Commission on Human Rights & Opportunities, Agency designed to prevent discrimination and failed to conform to the purpose for which they are design. By the Attorney Generals corruptive interference, they coerced the deputy director of CHRO to deny plaintiff's real claim of discrimination in 2003, even after plaintiff argued with deputy director (Jewel Brown) for 45 minutes, when the agency knew that plaintiff made his "prima facie" case in Federal Court which plaintiff won., **§22** Discrimination depriving rights under color of state law prohibited by section 1983—Color of state law requirement. (Research References) West's Key Number Digest, Civil Rights key 1031.

6) State's Attorney's Office, agency who prosecutes crimes of "Forgery" and failed to do so because investigator knew USDC Magistrate Judge Holly B. Fitzsimmons.

7) Department of Administrative Services (OLR); agency who has control of functions concerning labor relations, failed to oversee that all employees are treated fairly; in hiring,

promoting, etc. Failed to make thorough investigation of minority civil rights complaints or

intervene with compliance of fairness by its employees., **§40** Failure to protect or intervene

as actionable conduct depriving civil rights West's Key Number Digest, Civil Rights key 1039.

Assistant Attorney General's Office, agency who prosecutes criminal matters, of those who

violated the laws of the government to uphold state policy. **§23** Scope of rights in section 1981

protection of equal rights (Research References) West's Key Number Digest, Civil Rights key

1027 to 1029., **§34** Intent or knowledge in deprivation of federal constitutional or statutory

rights under section 1983—Required by statute or constitution (Research References) West's

Key Number Digest, Civil Rights key 1031 to 1039.


Soldiers, Sailors and Marines Funds, agency used to hinder plaintiff in collecting veteran's

benefits,


ASFCME Clerical Union, a collective bargaining unit designed to assist employees in the efforts of

their rights, agency used to misrepresent plaintiff in matters affecting employment.


Other employees in the department were used to harass and intimidate plaintiff to the point of

termination. Additional charges will be uncovered upon the conclusion of this investigative process. That

is why the agency retaliated against me using the false claim of insubordination as the basis for

terminating my employment, a second time. Which was learned at the conference with Magistrate Holly

B. Fitzsimmons of the United States District Court. Plaintiff was retaliated against and terminated for

insubordination on September 16, 1997, and plaintiff learned he was terminated a second time on May

5, 1999, while on leave from the Court to amend Plaintiff's complaint. **§29** Federal statutory rights in

section 1983 protection from deprivation under color of state law —Remedy foreclosed

(Research References). West's Key Number Digest, Civil Rights key 1027 to 1029

In order to demonstrate retaliation in violation of the First Amendment under section

1983, the plaintiff must show; (1) that the plaintiff engaged in a protected activity; (2) that

the government official took adverse action against the plaintiff that would chill a person of

ordinary firmness from continuing in the activity; and (3) that the adverse action was

motivated at least in part by the exercise of the protected activity. To prevail on a First

Amendment retaliation, claim under section 1983, a plaintiff's First Amendment rights and

that it suffered some injury as a result; the plaintiff is not required to demonstrate that its

speech was actually suppressed or inhibited. The test for determining whether alleged

retaliatory conduct chills free speech in objective; it asks whether the retaliatory acts

would lead ordinary persons in the plaintiffs' position to refrain from protected speech.

**WHEREFORE**, plaintiff is making request according to Section 4-61dd of the Connecticut General Statutes known as the Whistleblower Act. "Any person may file a whistleblower complaint with the Auditors of Public Accounts (APA) on any matter involving <u>corruption</u>, <u>unethical practices</u>, <u>violations of state laws or regulations, mismanagement</u> (in relation to corruption), gross waste of funds, <u>abuse of authority</u>, or danger to public safety occurring in any state department, agency, quasi-public agency, or large state contractor holding contract of more than five million dollars."

Timeline of the on-going conspiracies and overt acts and evidence will show that the conspiracy is still on-going.

During your investigation you also find criminal charges should be filed against DRS and co-conspirators for their corruptive actions that violate state and federal laws as mentioned herein. Interferences with and prohibiting plaintiff's rights under Title VII discrimination at the hands of defendant, with co-conspirators, and employees. **§52** First Amendment rights exercise as area of conduct depriving civil rights; retaliation, West's Key Number Digest, Civil Rights key 1033 (1), 1033 (2), **§579** Deception or concealment by employer as tolling time for filling employment discrimination charge. West's Key Number Digest, Civil Rights key 1505(5), 1505(6).

B). Order that plaintiff should be awarded back pay he would have earned together with related monetary benefits therefrom the wrongfully terminated of his employment on September 16, 1997 and May 5, 1999 without cause.

1) Hold that this matter be reinvestigated for the corruptive influence and misconduct by those responsible for those ongoing acts which deprived plaintiff the civil justice he seeks. §42 Retaliation, coercion, or intimidation against exercise of rights as actionable conduct depriving civil rights, West's Key Number Digest, Civil Rights key 1031 to 1036.

2) Although, most of those involved are State employees, plaintiff prays that those involved in the concealment of this conspiracy at large be identified, including those "coming in after" the conspiracy against plaintiff's, the second incarceration (using Plaintiff's ex-wife) to prevent reinstatement on October 26, 1998. In addition, services representative from Union Gail Hooker refused to attend this reinstatement meeting to represent plaintiff on his return, in defense of the agency. All those assisting the Department of Revenue Services should be prosecuted for their participation.

Respectfully Submitted,

**Jehovah's Witness**
Richard T. Parmlee, Sr., Plaintiff

44   Hebron Street
Hartford, CT 06112

(860) 247-6925

P.O Box 261438
HFD CT 06106-1438